Alfred Pangburn, Respondent, v. Buick Motor Company, Appellant, Impleaded with Walter N. Grounsell.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, J., who dissented.

Joseph A. Powers, as Executor, etc., of Albert E. Powers, Deceased, and Richard J. Welch, Suing on Behalf of Themselves, etc., Appellants, v. Edward F. Powers, Albert W. Powers, as Executors, and Eliza Powers, Individually and as Executrix, etc., of Nathaniel B. Powers, Deceased, Respondents.— Order modified by striking therefrom provisions numbered two and three, and as so modified affirmed, without costs. All concurred, except Smith, P. J., and Lyon, J., who voted for affirmance.

Alfred Pangburn, Appellant, v. Walter N. Grounsell, Respondent, Impleaded with Buick Motor Company.— Motion for leave to appeal to the Court of Appeals denied on the ground that the right exists independent of leave of this court.

William Scharff, Respondent, v. John H. Jackson, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the court erred in admitting the evidence of plaintiff's income from the farm prior to the employment in question; Kellogg, J., being also of the opinion that there was not sufficient evidence to go to the jury on the question of defendant's negligence; Houghton and Betts, JJ., dissented upon the ground that the error in the admission of evidence was harmless, bearing only upon the question of damages, and the verdict being only moderate in amount, the error should be disregarded under the power given to the court under section 1317 of the Code of Civil Procedure.*

Charles Smith, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Motion denied.

Charles H. Turner v. Edwin R. Bryant and Another.— Motion denied.

Pasquale Valentino and Another v. Philip Schantz and Another.— Motion granted on payment of ten dollars costs.

Dora Vibbard, as Executrix, etc., v. Kinser Construction Company.— Motion granted.

Aaron Wells v. Carrie L. Scofield, as Administratrix, etc., of Frederick R. Scofield, Deceased.— Motion denied.